No. 25, Misc. LOVE *v.* NEW JERSEY. Sup. Ct. N. J. Certiorari denied.

No. 35, Misc. MENACHO *v.* CALIFORNIA ET AL. Sup. Ct. Cal. Certiorari denied. Petitioner *pro se. Thomas C. Lynch,* Attorney General of California, *John T. Murphy,* Deputy Attorney General, *Arlo E. Smith,* Chief Assistant Attorney General, and *Albert W. Harris, Jr.,* Assistant Attorney General, for respondents.

No. 40, Misc. BURNS *v.* HARRIS, WARDEN. C. A. 8th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Doar* and *Harold H. Greene* for respondent.

No. 65, Misc. McDONALD *v.* RHAY, PENITENTIARY SUPERINTENDENT. Sup. Ct. Wash. Certiorari denied. Petitioner *pro se. John J. O'Connell,* Attorney General of Washington, and *Stephen C. Way,* Assistant Attorney General, for respondent.

No. 69, Misc. SNIPE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Theodore Wieseman* for the United States.

No. 72, Misc. SEGARS *v.* BOMAR, WARDEN. C. A. 6th Cir. Certiorari denied. Petitioner *pro se. George F. McCanless,* Attorney General of Tennessee, and *Henry C. Foutch,* Assistant Attorney General, for respondent.

No. 105, Misc. BERTRAND *v.* LOUISIANA. Sup. Ct. La. Certiorari denied. Petitioner *pro se. Jack P. F. Gremillion,* Attorney General of Louisiana, for respondent.